**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LYNN EILEEN GNIBUS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:15-CV-01669-AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to April 20, 2016 to respond to Plaintiff's opening brief.  The current due date is March 21, 2016.  This is Defendant's first request for an extension.  Defendant respectfully requests this additional time due to a heavy workload.  Defendant's counsel is currently working on a motion in the Ninth Circuit.  In addition, Defendant's counsel is responsible for managing and briefing forty-four other matters pending before the District Courts.

　　　This request is made in good faith with no intention to unduly delay the proceedings.

　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　Counsel apologizes to the Court for any inconvenience caused by this delay.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| Dated: March 21, 2016 | | */s/ Vijay J. Patel by Chantal R. Jenkins\** |
| | | Vijay J. Patel |
| | | As authorized *via* email on March 21, 2016 |
| | | Attorney for Plaintiff |
| Dated: March 21, 2016 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | */s/ Chantal R. Jenkins* |
| | | CHANTAL R. JENKINS |
| | | Special Assistant United States Attorney |

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: March 23, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2