1 | BENJAMIN B. WAGNER
United States Attorney
2 | DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
Chantal R. Jenkins, SBN PA 307531
4 | Special Assistant United States Attorney
5 |     160 Spear Street, Suite 800
    San Francisco, California 94105
6 |     Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
7 |     E-Mail: Chantal.Jenkins@ssa.gov
8 |
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LYNN EILEEN GNIBUS,<br><br>    Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-01669-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to May 4, 2016 to respond to Plaintiff's opening brief. The current due date is April 20, 2016. Defendant respectfully requests this additional time due to a heavy workload. Defendant's counsel just argued before the Ninth Circuit and is currently working on a motion in another matter before the Ninth Circuit. In addition, Defendant's counsel is responsible for managing and briefing forty-eight other matters pending before the District Courts.

    This request is made in good faith with no intention to unduly delay the proceedings.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                        Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

Dated:  April 19, 2016                 */s/ Vijay J. Patel by Chantal R. Jenkins\**  
                                                           Vijay J. Patel  
                                                           As authorized *via* email on April 19, 2016  
                                                           Attorney for Plaintiff

Dated:  April 19, 2016                 BENJAMIN B. WAGNER  
                                                           United States Attorney  
                                                           DEBORAH LEE STACHEL  
                                                           Acting Regional Chief Counsel, Region IX  
                                                           Social Security Administration

                                  By:     */s/ Chantal R. Jenkins*  
                                                           CHANTAL R. JENKINS  
                                                           Special Assistant United States Attorney

                                                  ORDER

APPROVED AND SO ORDERED:

Dated: April 27, 2016

                                                         _____  
                                                         ALLISON CLAIRE  
                                                         UNITED STATES MAGISTRATE JUDGE